IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CALVIN JOHNSON              :
    Petitioner           :
v                           :       Civil Action No. PJM-07-1818
UNITED STATES               :
    Respondent           :

o0o

## MEMORANDUM

On August 8, 2007, the Court issued an Order requiring Petitioner to supplement the above-captioned Petition for Writ of Habeas Corpus. Paper No. 2. Petitioner was directed to provide the Court with information concerning federal criminal charges referenced in the petition because he did not include a valid case number. For the reasons that follow, the petition must be dismissed.

Petitioner seeks dismissal of pending criminal charges based on an alleged violation of his right to a speedy trial. Paper No. 1. Petitioner's correspondence supplementing his petition states that the petition pertains to the 1999 criminal case referenced by the Court in its previous order.[1] Paper No. 3; see United States v. Johnson, Crim. Case CBD-99-mj--184 (D. Md. 1999). A motion to dismiss a case that has been closed for eight years is frivolous. The court may dismiss an indictment, information, or complaint if unnecessary delay occurs in bringing a defendant to trial. Fed. R. Crim. Proc. 48(c). There can be no unnecessary delay in trial where a case has been closed for almost a decade.

Accordingly, by separate order which follows, the petition will be dismissed.

                                                                             /s/
                                                      PETER J. MESSITTE
September 7, 2007                           UNITED STATES DISTRICT JUDGE

---

[1] The case was closed on June 21, 1999, pursuant to a plea agreement and resulted in a $30 fine and $5 special assessment. *See United States v. Johnson*, Criminal Case No. CBD-99-mj-184 (D. Md. 1999).